

FILED

APR 13 2018

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP No.   EC-18-1029 |
| | ) | |
| KEVIN E. KING, | ) | Bk. No.   17-27766 |
| | ) | |
| Debtor. | ) | District Court No. 2:18-mc-0049 WBS AC (PS) |
| ――――――――――――――――――― | ) | |
| | ) | |
| KEVIN E. KING, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER TRANSFERRING IFP** |
| | ) | **MOTION TO DISTRICT COURT** |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION; DAVID CUSICK, | ) | |
| Trustee, | ) | |
| | ) | |
| Appellees. | ) | |
| ――――――――――――――――――― | ) | |

Before: SPRAKER and LAFFERTY, Bankruptcy Judges.

Appellant filed a motion for leave to proceed in forma pauperis with respect to this appeal ("IFP Motion"). An order was issued by the BAP Clerk, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous. On March 26, 2018, trial court certified that the appeal *is not* taken in good faith.

Under the holding of *Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992) and *Determan v. Sandoval (In re*

*Sandoval)*, 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant or deny in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. A copy of the trial court's certification that the appeal is not taken in good faith is attached as an exhibit to this order.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Monday, May 14, 2018**, appellant must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the IFP Motion, the order on appeal, and the trial court certification are attached to this order.

Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties. 9th Cir. BAP R. 8070-1.

**PACER fee: Exempt**

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 18-1029 | **Docketed:** 01/31/2018 |

Kevin King v. Federal National Mortgage Asso, et al
**Appeal From:** California Eastern - Sacramento
**Fee Status:** fee due

**Case Type Information:**
   **1)** Bankruptcy
   **2)** Chapter 13 Non-Business
   **3)** null

**Originating Court Information:**
   **District:** 0972-2 : 17-27766
   **Trial Judge:** Christopher M Klein, Chief Bankruptcy Judge
   **Date Filed:** 11/28/2017

| **Date Order/Judgment:** | **Date NOA Filed:** | **Date Rec'd BAP:** |
|---|---|---|
| 01/09/2018 | 01/26/2018 | 01/30/2018 |

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**   Not available

---

In re: KEVIN E. KING
               Debtor

------------------------------

| | |
|---|---|
| KEVIN E. KING<br>          Appellant | Kevin E. King<br>[NTC Pro Se]<br>916-330-7371<br>5805 Ambler St.<br>Sacramento, CA 95823 |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>          Appellee | Glenn H. Wechsler, Attorney<br>Direct: 925/274-0200<br>[COR LD NTC Retained]<br>LAW OFFICES OF GLENN WECHSLER<br># 210<br>1111 Civic Dr.<br>Walnut Creek, CA 94596-0000 |
| DAVID CUSICK, Trustee<br>          Appellee | David Cusick<br>Direct: 916-856-8000<br>[NTC Pro Se]<br>Po Box 1858<br>Sacramento, CA 95812-1858 |

In re:  KEVIN E. KING

              Debtor

------------------------------

KEVIN E. KING

              Appellant

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; DAVID CUSICK, Trustee

              Appellees

| 01/30/2018 | ☐ 1<br>138 pg, 4.27 MB | Received notice of appeal filed in Bankruptcy Court on 01/26/2018, notice of referral, transmittal form and **IFP Request.** (VJ) [Entered: 02/01/2018 10:03 AM] |
| 02/01/2018 | ☐ 2<br>2 pg, 57.09 KB | Notice of Deficiency sent to Appellant RE: Filing/Docketing fee not paid (lack of prosecution). Re: Response Due: 02/15/2018. cc: All parties. --[Edited 03/06/2018 by VJ] **Request to appeal in IFP pending** (VJ) [Entered: 02/01/2018 01:26 PM] |
| 03/09/2018 | ☐ 3<br>85 pg, 13.96 KB | Filed Document(s) by Appellant Kevin E. King Opposition to automatic stay preliminary injunction bane ;served on 03/05/2018. (VJ) [Entered: 03/13/2018 02:22 PM] |
| 03/13/2018 | ☐ 4<br>3 pg, 97.34 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-18-1029. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VJ) [Entered: 03/13/2018 02:24 PM] |
| 03/13/2018 | ☐ 5<br>4 pg, 59.83 KB | Sent BRIEFING ORDER & NOTICE to appellant Kevin E. King. Copies to all parties. Appellant Kevin E. King's opening brief due 04/27/2018 (VJ) [Entered: 03/13/2018 02:48 PM] |
| 03/14/2018 | ☐ 6<br>2 pg, 57.17 KB | Notice of Deficiency sent to Appellant RE: Record on appeal not filed for lack of prosecution. Response Due: 03/28/2018. cc: All parties. --[Edited 03/20/2018 by VJ] **NOD is Satisfied- see entry # 8** (VJ) [Entered: 03/14/2018 12:48 PM] |
| 03/20/2018 | ☐ 7<br>2 pg, 45.26 KB | Filed order ( Clerk: sms) ; On Tuesday, March 27, 2018, the Panel will forward the request for leave to proceed in forma pauperis to the U.S. District Court for its consideration. This Clerk's Notice is being issued to allow the trial court the opportunity to "certif[y] in writing that [the appeal] is not taken in good faith" under 28 U.S.C. § 1915(a)(3) ; dated: 03/20/2018. ( see attached order) (VJ) [Entered: 03/20/2018 08:43 AM] |
| 03/20/2018 | ☐ 8<br>6 pg, 117.14 KB | Filed Document(s) by Appellant Kevin E. King copy of Statement of issues, Designation of record on appeal and notice of transcript hearing dates 12/19/17 & 1/9/18 ;served on 03/05/2018. Forward to Bk.Ct. for filing. (VJ) [Entered: 03/20/2018 11:21 AM] |
| 03/20/2018 | ☐ 9<br>4 pg, 184.15 KB | Filed Appellant Kevin E. King's Informal opening brief ; served on 03/05/2018 ;. (VJ) [Entered: 03/20/2018 11:29 AM] |
| 03/20/2018 | ☐ 10<br>63 pg, 1.83 MB | Filed Kevin E. King's Exhibits of Record, filed on 02/20/2018; served on 03/05/2018. (VJ) [Entered: 03/20/2018 11:39 AM] |
| 03/20/2018 | ☐ 11<br>1 pg, 53.37 KB | Notice of Deficient Brief/Excerpts sent to Appellant Kevin E. King Re: No table of contents with exhibits, No transcripts filed with brief. Deficient Brief Response due 04/03/2018. Appellee's brief is due TWENTY-ONE (21) days from the date the deficiency is cured/ filed. (VJ) [Entered: 03/20/2018 01:36 PM] |
| 03/20/2018 | ☐ 12<br>2 pg, 50.37 KB | Sent Notice of Mandatory Attorney Electronic Filing form to Trustee, David Cusick and Attorney Glenn H. Wechsler for Appellee Federal National Mortgage Association. (VJ) [Entered: 03/20/2018 02:07 PM] |
| 03/27/2018 | ☐ 13<br>2 pg, 207.28 KB | Received from Bankruptcy Court copy Certification that appeal **IS NOT TAKEN** taken in good faith filed in Bk. Ct. 03/26/2018. ( see attachment) (Jackson-Walker, Vicky) [Entered: 03/27/2018 08:26 AM]--[Edited 04/09/2018 by SS] (VJ) [Entered: 03/27/2018 08:26 AM] |
| 04/13/2018 | ☐ 14<br>25 pg, 2.16 MB | Filed ORDER TRANSFERRING IFP (SPRAKER and LAFFERTY); appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. No later than Monday, May 14, 2018, appellant must file a written response of the steps appellant has taken to have the IFP Motion considered by the district court. ( see attached order) (VJ) [Entered: 04/13/2018 01:23 PM] |